IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CARAVELS, LLC d/b/a Georgia Transformer and/or Virginia Transformer, Corp., <br><br> Plaintiff, <br><br> v. <br><br> ATS LOGISTICS SERVICES, INC.; DEMASE TRUCKING CO. INC., also known as Demase Warehouse Systems, Inc.; and BAY CRANE SERVICE OF LONG ISLAND, INC.; <br><br> Defendants. | CASE NO. CV420-110 |

### O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal With Prejudice. (Doc. 59.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, Plaintiff's request (Doc. 59) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA